UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY a/s/o
ALYSON NATHAN

                        Plaintiff,

    – against –

WHIRLPOOL CORPORATION and
THERM-O-DISC TEMPERATURE CONTROLS,

                        Defendants.
-------------------------------------------------------------------X

Index No.: 06-09106

**Assigned to
Hon. Stephen C.
Robinson**

*STIPULATION FOR
AND ORDER OF
DISMISSAL*

## STIPULATION

By and through their undersigned counsel of record, IT IS HEREBY STIPULATED AND AGREED TO by and between plaintiff Allstate Insurance Company, as subrogee of Alyson Nathan, and defendants Whirlpool Corporation and Therm-O-Disc, Inc. (s/h/a "Therm-O-Disc Temperature Controls"), that all claims relating to the fire occurring at the residence of plaintiff's insured Alyson Nathan, on or about February 1, 2004, and the facts alleged in the Verified Complaint filed herein, shall be voluntarily dismissed with prejudice and without fees or costs pursuant to Federal Rule of Civil Procedure 41(a).

Date: June 5, 2007

LAW OFFICES OF STUART D.
MARKOWITZ, P.C.

_____
Stuart D. Markowitz
575 Jericho Turnpike, Suite 210
Jericho, New York 11753
Phone: (516) 935-3500
Attorneys for Plaintiff

1

291/577390.01
41155.00351

06/05/2007 11:37 IFAX rwfax@riddellwilliams.com -> RWFax 003/005
06/05/07 14:38 FAX 12129728796 SCHNADER HARRISON FAX 003
Case 7:06-cv-04829-CLB Document 14 Filed 06/18/07 Page 2 of 7

Date: June ___, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

_____
Carl J. Schaerf (5031)
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Attorneys for Defendant Whirlpool Corporation

Date: June ___, 2007

QUIRK and BAKALOR, P.C.

_____
Susan B. Clearwater (SC6740)
845 Third Avenue – 15th Floor
New York, NY 10022
Phone: (212) 319-1000
Attorneys for Defendant Therm-O-Disc, Inc. (s/h/a "Therm-O-Disc Temperature Controls")

Date: June ___, 2007

RIDDELL WILLIAMS P.S.

_____
Daniel J. Gunter (*pro hac vice*)
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Attorneys for Defendant Therm-O-Disc, Inc. (s/h/a "Therm-O-Disc Temperature Controls")

## ORDER

THIS MATTER having come on to be heard before the undersigned judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the court being fully advised in the premises, now, therefore, it is hereby

2

291/577390.01
41155.00351

Date:   June ___, 2007                 SCHNADER HARRISON SEGAL &
                                       LEWIS LLP


                                       _____
                                       Carl J. Schaerf
                                       140 Broadway, Suite 3100
                                       New York, NY 10005-1101
                                       Phone: (212) 973-8000
                                       Attorneys for Defendant Whirlpool
                                       Corporation


Date:   June ___, 2007                 QUIRK and BAKALOR, P.C.


                                       _/s/ Susan B. Clearwater_____
                                       Susan B. Clearwater (SC6740)
                                       845 Third Avenue – 15th Floor
                                       New York, NY 10022
                                       Phone: (212) 319-1000
                                       Attorneys for Defendant Therm-O-Disc, Inc.
                                       (s/h/a "Therm-O-Disc Temperature
                                       Controls")


Date:   June 4, 2007                   RIDDELL WILLIAMS P.S.


                                       _/s/ Daniel J. Gunter_____
                                       Daniel J. Gunter (*pro hac vice*)
                                       1001 Fourth Avenue, Suite 4500
                                       Seattle, WA 98154
                                       Phone: (206) 624-3600
                                       Attorneys for Defendant Therm-O-Disc, Inc.
                                       (s/h/a "Therm-O-Disc Temperature
                                       Controls")


## ORDER

THIS MATTER having come on to be heard before the undersigned judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the court being fully advised in the premises, now, therefore, it is hereby

2

291/577390.01
41155.00351

ORDERED, ADJUDGED AND DECREED that plaintiff's complaint against defendants Whirlpool Corporation and Therm-O-Disc Inc. (s/h/a "Therm-O-Disc Temperature Controls") be and it is hereby dismissed with prejudice and without costs.

ENTERED this _____ day of _____, 2007.

_____
The Honorable Stephen C. Robinson
U.S. District Court Judge

PRESENTED BY:

LAW OFFICES OF STUART D. MARKOWITZ, P.C.

_____
Stuart D. Markowitz
575 Jericho Turnpike, Suite 210
Jericho, New York 11753
Phone: (516) 935-3500
Attorneys for Plaintiff

SCHNADER HARRISON SEGAL & LEWIS LLP

_____
Carl J. Schaerf
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Attorneys for Defendant Whirlpool Corporation

06/05/2007 11:37 IFAX rw6ax@riddellwilliams.com → RWFax ☒004/005
06/05/07 14:38 FAX 12129728798 SCHNADER HARRISON FAX ☒004
Case 7:06-cv-04829-CLB Document 14 Filed 06/18/07 Page 5 of 7

ORDERED, ADJUDGED AND DECREED that plaintiff's complaint against defendants Whirlpool Corporation and Therm-O-Disc Inc. (s/h/a "Therm-O-Disc Temperature Controls") be and it is hereby dismissed with prejudice and without costs.

ENTERED this _____ day of _____, 2007.

_____
The Honorable Stephen C. Robinson
U.S. District Court Judge

PRESENTED BY:

LAW OFFICES OF STUART D. MARKOWITZ, P.C.

_____
Stuart D. Markowitz
575 Jericho Turnpike, Suite 210
Jericho, New York 11753
Phone: (516) 935-3500
Attorneys for Plaintiff

SCHNADER HARRISON SEGAL & LEWIS LLP

_____
Carl J. Schaerf (CJS 1)
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Attorneys for Defendant Whirlpool Corporation

3

291/577390.01
41155.00351

QUIRK and BAKALOR, P.C.

*[signature: Susan B. Clearwater]*
Susan B. Clearwater (SC6740)
845 Third Avenue – 15th Floor
New York, NY 10022
Phone: (212) 319-1000
Attorneys for Defendant Therm-O-Disc, Inc.
(s/h/a "Therm-O-Disc Temperature Controls")


RIDDELL WILLIAMS P.S.

*[signature: Daniel J. Gunter]*
Daniel J. Gunter (*pro hac vice*)
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Attorneys for Defendant Therm-O-Disc, Inc.
(s/h/a "Therm-O-Disc Temperature Controls")

4

291/577390.01
41155.00351

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.            Year

ALLSTATE INSURANCE COMPANY a/s/o ALYSON NATHAN

Plaintiff,

-against-

WHIRLPOOL CORPORATION and THERM-O-DISC TEMPERATURE CONTROLS,

Defendants.

STIPULATION FOR AND ORDER OF DISMISSAL

QUIRK AND BAKALOR, P.C.

Attorney(s) for   THERM-O-DISC INCORPORATION
s/h/a "Therm-O-Disc Temperature Controls"
Office and Post Office Address, Telephone

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order
will be presented for settlement to the HON.
within named Court, at
on                    at            M.

of which the within is a true copy
one of the judges of the

Dated,